"NEW YORK, *July* 9, 1919.

"Received from Mr. B. Weintraub a check for Two Hundred ($200) Dollars as deposit on house 20 Jerome St., B'klyn., for amount of $11,600.00; first mortgage $5,500.00 and second mortgage $2,500.00, balance $3,600.00 in cash, second mortgage to be paid in instalment of $100.00 semi-annual with interest until paid.

"GUSTAVE E. KRUSE,
"BENJAMIN WEINTRAUB."

Defendant contended that the instrument lacked mutuality and was too indefinite and ambiguous to constitute a binding contract.

*Alexander Holtzoff* and *Paul Windels* for appellant.

*Isaac Siegmeister* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Dissenting: ANDREWS, J.

---

RICHARD D. WHITING, as Surviving Executor of WILLIAM R. DENHAM, Deceased, Respondent, *v.* HUDSON TRUST COMPANY et al., Appellants, Impleaded with Others.

*Appeal — unanimous affirmance as to one of appellants — motion to dismiss as to him denied.*

Reported below, 202 App. Div. 375.

(Submitted October 20, 1922; decided October 27, 1922.)

MOTION to dismiss an appeal by Howard C. Taylor, as agent, etc., from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 2, 1922, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the affirmance by the Appellate Division as to said Taylor was unanimous and that permission to appeal had not been obtained.

*Gilbert D. Lamb* for motion.

*MacIntosh Kellogg* opposed.

Motion denied, with ten dollars costs.